*Michael L. Moscowitz*, special public defender, in support of the petition.

*Rita M. Shair*, assistant state's attorney, in opposition.

Decided October 12, 2000

STATE OF CONNECTICUT *v.* CECIL LIPSCOMB

The Supreme Court docket number is SC 16395.

*Christopher T. Godialis*, assistant state's attorney, in support of the petition.

Decided October 12, 2000

JACOB CARATTINI *v.* COMMISSIONER OF CORRECTION

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Mark Diamond*, special public defender, in support of the petition.